UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

----oo0oo----

SCOTT N. JOHNSON,

      Plaintiff,

  v.                          NO. CIV. 2:06-0508 WBS JFM

LINDA DIANE ST. MARY, et al.,

      Defendants.

----oo0oo----

STATUS (PRETRIAL SCHEDULING) ORDER

      After reviewing plaintiff's Status Report, the court hereby continues the Status (Pretrial Scheduling) Conference scheduled for June 5, 2006 to **August 28, 2006 at 9:00 a.m.** in Courtroom No. 5. The parties are required to file a joint status report no later than August 14, 2006.

DATED:  June 1, 2006

_William B. Shubb_
WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE