UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

----oo0oo----

SCOTT N. JOHNSON,

        Plaintiff,

  v.

LINDA DIANE ST. MARY, et al.,

        Defendants.

NO. CIV. S-06-00508 WBS-JFM

ORDER

----oo0oo----

All parties are proceeding pro se in this matter. Therefore, in accordance with Local Rule 72-302(c)(21), this case is hereby referred to the assigned magistrate judge, John F. Moulds, for all further proceedings consistent with the provisions of the rule.

Accordingly, all currently scheduled dates in the above-captioned matter are VACATED.

IT IS SO ORDERED.

DATED: August 16, 2006

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28