IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

SCOTT N. JOHNSON,

      Plaintiff,                      No. CIV S-06-0508 WBS EFB PS

    vs.

LINDA DIANE ST. MARY, et al,

      Defendants.               ORDER TO SHOW CAUSE

_____/

      By order dated December 20, 2006, this court denied plaintiff's motion to amend the complaint due to discrepancies between the original motion to amend and the "proposed" amended complaint, and for plaintiff's failure to comply with the Local Rules for filing a proposed amended complaint. Plaintiff indicated that his seeking leave to amend was occasioned by his realization that he had not named the proper parties. Accordingly, the order denying the motion further ordered plaintiff to file within twenty days either a new motion to amend that complied with the Local Rules, or alternatively, a proposed amended complaint that conformed to his original motion filed October 12, 2006. More than twenty days have passed, and plaintiff has failed to comply with the court's order.

      Accordingly, the court hereby orders plaintiff to show cause in writing within ten (10) days of service of this order why this action should not be dismissed for failure to prosecute and

1

for failure to obey court orders.   Failure to timely respond to this order will result in a recommendation that this action be dismissed.

DATED: February 7, 2007.

/s/ Edmund F. Brennan
EDMUND F. BRENNAN
UNITED STATES MAGISTRATE JUDGE