IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

SCOTT N. JOHNSON,

    Plaintiff,                                CIV-S-06-0508 WBS EFB PS

    vs.

LINDA DIANE ST. MARY, et al.,

    Defendants.                              ORDER

_____/

        On April 11, 2007, the magistrate judge filed findings and recommendations herein which were served on the parties and which contained notice that any objections to the findings and recommendations were to be filed within ten days. Plaintiff filed a document styled "Objections" on April 19, 2007.[1]

        This court reviews de novo those portions of the proposed findings of fact to which objection has been made. 28 U.S.C. § 636(b)(1); McDonnell Douglas Corp. v. Commodore Business Machines, 656 F.2d 1309, 1313 (9th Cir. 1981), cert. denied, 455 U.S. 920 (1982). As to any portion of the proposed findings of fact to which no objection has been made, the court assumes its correctness and decides the motions on the applicable law. See Orand v. United

---

[1] Although styled as "objections," this document contains no legal citation, nor even arguments, relative to the magistrate judge's findings or to his recommendation.

1

1  States, 602 F.2d 207, 208 (9th Cir. 1979).  The magistrate judge's conclusions of law are
2  reviewed de novo.  See Britt v. Simi Valley Unified School Dist., 708 F.2d 452, 454 (9th Cir.
3  1983).
4         The court has reviewed the applicable legal standards and, good cause appearing,
5  concludes that it is appropriate to adopt the proposed Findings and Recommendations in full.  If
6  plaintiff wants to sue these or other defendants based on visits to the property other than those
7  alleged in the complaint, he is free to do so.  The magistrate judge's analysis refusing to allow
8  him to do so by amending his complaint in this action is sound.
9         Accordingly, IT IS ORDERED that:
10         1. The proposed Findings and Recommendations filed April 11, 2007, are
11  ADOPTED; and
12         2. Plaintiff's motion to amend is denied.
13  DATED:  May 7, 2007

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE