| | |
|---|---|
| Scott N. Johnson, ) | Case No.  CIV.S-06-00508-WBS-EFB |
| Plaintiff ) | |
| vs. ) | **STIPULATION AND ORDER OF** |
| Linda Diane St. Mary, et al, ) | **DISMISSAL WITH PREJUDICE** |
| Defendants ) | |
| ) | |
| ) | Complaint filed: MARCH 10, 2006 |
| _____ ) | |

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

**IT IS HEREBY STIPULATED** by and between the Plaintiff and Defendants herein that the above named cause of action shall be dismissed with prejudice and without cost to either party pursuant to FRCP 41 (a) (1).

PDF created with pdfFactory trial version www.pdffactory.com

| | | |
|---|---|---|
| 1 | | |
| 2 | Dated: July __16__, 2007. | /s/_____ |
| 3 | | Scott N. Johnson, Plaintiff |
| 4 | Dated: July __18__, 2007 | /s/_____ |
| 5 | | Linda Diane St. Mary, Defendant |
| 6 | | /s/_____ |
| 7 | | Richard Nicholas Roccanova, Defendant |
| 8 | | /s/_____ |
| 9 | | Marc Edward Roccanova, Defendant |
| 10 | | /s/_____ |
| 11 | | James Vincent Roccanova, Defendant |
| 12 | | /s/_____ |
| 13 | | John Robert Roccanova, Defendant |

ORDER

Based on the forgoing stipulation of the parties hereto, it is hereby ordered, adjudged, and decreed that the above designated cause of action is hereby dismissed with prejudice and without cost.

Dated: July 24, 2007

*[signature]*

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE

**STIPULATION AND ORDER OF DISMISSAL WITH PREJUDICE**          CIV: S-06-cv-00508-WBS-EFB

PDF created with pdfFactory trial version www.pdffactory.com